

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

FILED 2008 MAR -4 PM 1:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

KYOCERA INTERNATIONAL, INC., a California Corporation; KYOCERA WIRELESS CORP.; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 0411 JLS BLM

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

MAR 04 2008

CLERK                                           DATE

K. HAMMERLY

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com