ORIGINAL
FILED

2008 MAR -4 PM 1:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
3  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5
6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com
10
11
   Attorneys for Plaintiff JENS ERIK SORENSEN,
12 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
13
14
15              UNITED STATES DISTRICT COURT
16          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17
18 JENS ERIK SORENSEN, as Trustee of ) Case No.  '08 CV 0411 JLS BLM
19 SORENSEN RESEARCH AND           )
   DEVELOPMENT TRUST,              ) NOTICE OF RELATED CASES
20                                 )
21                      Plaintiff  )
              v.                   )
22                                 )
23 KYOCERA INTERNATIONAL, INC., a )
   California Corporation; KYOCERA )
24 WIRELESS CORP., a California     )
   Corporation; and DOES 1 – 100,  )
25                                 )
26                    Defendants.  )
27 _____  )
28

1    Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as
2    TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST
3    ("SRDT"), hereby gives notice of cases related to the present case.  Specifically,
4    SRD TRUST gives notice of the following related cases that all arise from alleged
5    infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether
6    pending, dismissed, or otherwise terminated:
7        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
8    *Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008
9    in the United States District Court for the District of Southern California. Plaintiff
10   alleges infringement of the '184 patent by Defendants.  Consolidation is not
11   recommended because this related case involves different parties and has different
12   products at issue.
13       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
14   *Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the
15   United States District Court for the District of Southern California. Plaintiff alleges
16   infringement of the '184 patent by Defendants.  Consolidation is not recommended
17   because this related case involves different parties and has different products at issue.
18       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
19   *Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in
20   the United States District Court for the District of Southern California. Plaintiff
21   alleges infringement of the '184 patent by Defendants.  Consolidation is not
22   recommended because this related case involves different parties and has different
23   products at issue.
24       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
25   *Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008
26   in the United States District Court for the District of Southern California. Plaintiff
27   alleges infringement of the '184 patent by Defendants.  Consolidation is not
28   recommended because this related case involves different parties and has different

Case No. _____

2.

1  products at issue.

2  *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
3  *Trust v. Sunbeam Products, Inc., et al.*, Case No. 08cv306, filed February 15, 2008 in
4  the United States District Court for the District of Southern California. Plaintiff
5  alleges infringement of the '184 patent by Defendants.    Consolidation is not
6  recommended because this related case involves different parties and has different
7  products at issue.

8  *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
9  *Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in
10  the United States District Court for the District of Southern California. Plaintiff
11  alleges infringement of the '184 patent by Defendants.    Consolidation is not
12  recommended because this related case involves different parties and has different
13  products at issue.

14  *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
15  *Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the
16  United States District Court for the District of Southern California. Plaintiff alleges
17  infringement of the '184 patent by Defendants.  Consolidation is not recommended
18  because this related case involves different parties and has different products at issue.

19  *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
20  *Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5,
21  2008 in the United States District Court for the District of Southern California.
22  Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation is not
23  recommended because this related case involves different parties and has different
24  products at issue.

25  *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
26  *Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in
27  the United States District Court for the District of Southern California. Plaintiff
28  alleges infringement of the '184 patent by Defendants.    Consolidation is not

Case No. _____

3.

1    recommended because this related case involves different parties and has different

2    products at issue.

3        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

4    *Trust v. Alltrade Tools, LLC., et al.,* Case No. 08cv232, filed February 5, 2008 in the

5    United States District Court for the District of Southern California. Plaintiff alleges

6    infringement of the '184 patent by Defendants.  Consolidation is not recommended

7    because this related case involves different parties and has different products at issue.

8        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

9    *Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23,

10   2008 in the United States District Court for the District of Southern California.

11   Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation is not

12   recommended because this related case involves different parties and has different

13   products at issue.

14       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

15   *Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS

16   POR, filed January 23, 2008 in the United States District Court for the District of

17   Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.

18   Consolidation is not recommended because this related case involves different

19   parties and has different products at issue.

20       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

21   *Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23,

22   2008 in the United States District Court for the District of Southern California.

23   Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation is not

24   recommended because this related case involves different parties and has different

25   products at issue.

26       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

27   *Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed

28   January 11, 2008 in the United States District Court for the District of Southern

Case No. _____

4.

California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has a single different product at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

Case No. _____

5.

1  *Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7,

2  2008 in the United States District Court for the District of Northern California.

3  Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not

4  recommended because this related case involves different parties and has different,

5  unrelated products at issue.

6      *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case

7  No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court

8  for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184

9  patent is invalid and not infringed by them, and also makes an unfair trade practices

10 claim. Consolidation is not recommended because case involves different parties

11 and different products, and adds a state law cause of action.

12     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

13 *Trust v. Energizer Holdings, Inc., et al*, Case No. 3:07-CV-2321-BTM-CAB, filed

14 December 11, 2007 in the United States District Court for the Southern District of

15 California. Consolidation is not recommended because this related case involves

16 different parties and has different, unrelated products at issue.

17     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

18 *Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed

19 November 6, 2007 in the United States District Court for the Southern District of

20 California. Consolidation is not recommended because this related case involves

21 different parties and has different, unrelated products at issue.

22     *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

23 *Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December

24 4, 2007 in this District. Consolidation is not recommended because this related case

25 involves different parties and has different, unrelated products at issue.

26     *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

27 *Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed

28 December 4, 2007 in this District. Consolidation is not recommended because this

Case No. _____

1    related case involves different parties and has different, unrelated products at issue.

2    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3    *Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed

4    October 30, 2007 in the United States District Court for the Northern District of

5    California. Consolidation is not recommended because this related case involves

6    different parties and has different, unrelated products at issue.

7    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

8    *Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed

9    November 1, 2007 in the United States District Court for the Northern District of

10   California. Consolidation is not recommended because this related case involves

11   different parties and has different, unrelated products at issue.

12   *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

13   *Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 3:06-CV-1572-

14   BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern

15   District of California. Consolidation is not recommended because this related case

16   involves different parties and has different, unrelated products at issue.

17   *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil

18   Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District

19   Court for the District of Columbia. Consolidation is not recommended because this

20   related case involves different parties and has different, unrelated products at issue.

21   *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case

22   No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the

23   Northern District of Illinois. Consolidation is not recommended because this related

24   case involves different parties and has different, unrelated products at issue.

25   *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*

26   *Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

27   MLS, filed September 18, 2006 in the Southern District of California. The action

28   was settled by the parties, and dismissed.

Case No. _____

7.

1    *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*
2    *Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in
3    the Federal District for the Southern District of California. The action was settled by
4    the parties, and dismissed.

5    *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*
6    *And Development Trust), and Sorensen Research And Development Trust.* Docket
7    No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter
8    was transferred and consolidated with the *Sorensen Research And Development*
9    *Trust v. Head USA Inc.* action filed in the Southern District of California, Civil Case
10   No.: 06CV1434BTM CAB. The action was later settled by the parties, and
11   dismissed.

12   *Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen*
13   *Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in
14   the Federal District of New Hampshire. The matter was transferred and consolidated
15   with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*
16   *Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B
17   MLS, filed in the Southern District of California. The action was later settled by the
18   parties.

19   *Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen*
20   *Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA,*
21   *LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for
22   Northern California and transferred to the United States District Court for New
23   Jersey. This matter has been settled and dismissed.

24   *In the Matter of Certain Automobile Tail Light Lenses And Products*
25   *Incorporating Same.* Investigation No. 337-TA-502 filed in the United States
26   International Trade Commission. The matter was remanded after appeal to the
27   Federal Circuit Court of Appeals, then settled and dismissed.

28   *Jens E. Sorensen, as Trustee Of The Sorensen Research and Development*

Case No. _____

8.

1  *Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.* Case

2  No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District

3  of California. The matter was settled and dismissed.

4      *Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.*

5  Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western

6  District of North Carolina. The matter was never served and was dismissed.

7      *Digital Innovations LLC v. Sorensen Research and Development Trust.* Case

8  No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern

9  District of Illinois. The matter was never served and was dismissed.

10      *Big Lots v. Sorensen Research and Development Trust.* Case No. 2:06-cv-

11  1089, filed December 29, 2006 in the Federal Court for the Southern District of

12  Ohio. The matter was never served and was dismissed.

13      *Bon-Aire v. Sorensen Research and Development Trust.* Case No. 07-cv-054-

14  S, filed January 2007 in the Federal Court for the District of Idaho. The matter was

15  never served and was dismissed.

16      *Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development*

17  *Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of

18  Georgia on October 30, 2006. The matter was never served and was dismissed.

19      *Sorensen et al v. International Trade Commission et al.* 427 F.3d 1375

20  (Fed.Cir., 2005). After the Federal Circuit ruled in patentee's favor, the parties

21  settled and dismissed.

22

23  DATED this March 3, 2008.

24              JENS ERIK SORENSEN, as Trustee of SORENSEN
               RESEARCH AND DEVELOPMENT TRUST, Plaintiff

25

26              Melody A. Kramer, Esq.

27              J. Michael Kaler
               Attorney for Plaintiff

28

9.

Case No. _____