# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jens Erik Sorensen<br><br>Plaintiff,<br><br>v.<br><br>Kyocera International Inc, et al<br><br>Defendant | | No.  08cv0411-JLS-BLM<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.** |

FILED
08 MAR 13 AM 11:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low Numbered" Case No.   06cv1572-BTM-CAB

Title:   Sorensen v Black & Decker Corp

Nature of Case:   Patent Infringement

The above "low numbered" case and the present case appear

- **x** (1)    to arise from the same or substantially identical transactions, happenings or events; or
- **x** (2)    involve the same or substantially the same parties or property; or
- **x** (3)    involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- **x** (4)    call for determination of the same or substantially identical questions of law; or
- ___ (5)    where a case is refiled within one year of having previously been terminated by the Court; or
- **x** (6)    for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:   08cv0411-BTM-CAB

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

W. Samuel Hamrick Jr., Clerk of Court,

DATED:   March 5, 2008        By: s/L Odierno
(By) Deputy,

### ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:  3-07-08           _____
                          Barry Ted Moskowitz
                          United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Barry Ted Moskowitz and Magistrate Judge Cathy Ann Bencivengo for all further proceedings.

DATED:  3/12/08           _____
                          Janis L Sammartino
                          United States District Judge