

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

KYOCERA INTERNATIONAL, INC., a California Corporation;
KYOCERA WIRELESS CORP.; and DOES 1 – 100

CASE NUMBER:

'08 CV 0411 JLS BLM

**TO:** (Name and address of Defendant)

Kyocera Wireless Corp./ Kyocera International, Inc.
Corporation Service Company Which Will Do
Business in California as CSC –
Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste 100
Sacramento, CA 92833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer

Kramer Law Office, Inc.

9930 Mesa Rim Rd., Suite 1600

San Diego, CA 92121

858-362-3150

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

CLERK _[signature]_

(By) DEPUTY CLERK

MAR 0 4 2008

DATE

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: MELODY A. KRAMER, ESQ., SBN 169984 KRAMER LAW OFFICE, INC. 9930 MESA RIM ROAD STE 1600 SAN DIEGO, CA 92121 Telephone No: 858-362-3150 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of California | | |
| Plaintiff: JENS ERIK SORENSEN, ETC. | | |
| Defendant: KYOCERA INTERNATIONAL, INC., ETC., ET AL. | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 0411 JLS BLM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASES

3. a. Party served:          KYOCERA WIRELESS CORP., A CALIFORNIA CORPORATION
   b. Person served:         BECKY DEGEORGE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    2730 GATEWAY OAKS DR
                                          STE 100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 06, 2008 (2) at: 10:30AM

7. *Person Who Served Papers:*
   a. MICHAEL MORRIS

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:      04-009
       (iii) County:                Sacramento
       (iv)  Expiration Date:       Wed, Jul. 30, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Mar. 13, 2008

   Judicial Council Form                    PROOF OF SERVICE                 (MICHAEL MORRIS)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                                 912056.krala.119393

| Attorney or Party without Attorney: <br> MELODY A. KRAMER, ESQ., SBN 169984 <br> KRAMER LAW OFFICE, INC. <br> 9930 MESA RIM ROAD <br> STE 1600 <br> SAN DIEGO, CA 92121 <br> Telephone No: 858-362-3150 <br><br> Attorney for: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: JENS ERIK SORENSEN, ETC.
Defendant: KYOCERA INTERNATIONAL, INC., ETC., ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 0411 JLS BLM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASES

3. a. Party served: KYOCERA INTERNATIONAL, INC., A CALIFORNIA CORPORATION
   b. Person served: BECKY DEGEORGE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 2730 GATEWAY OAKS DR
   STE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 06, 2008 (2) at: 10:30AM

7. **Person Who Served Papers:**
   a. MICHAEL MORRIS

   First Legal Support Services sm
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $95 70
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 04-009
      (iii) County: Sacramento
      (iv) Expiration Date: Wed, Jul. 30, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 13, 2008

   (MICHAEL MORRIS)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

911891.krala.119356