1  Anthony J. Dain (Bar No. 98947)
   Victor M. Felix (Bar No. 179622)
2  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendants and Counterclaimants,
   Kyocera International, Inc. and Kyocera Wireless Corp.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No.: 08 CV 0411 BTM (CAB) |
| 11 | **NOTICE OF MOTION AND MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS** |
| 12       Plaintiff, | |
| 13  v. | Date:    May 2, 2008 |
| 14  KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation; and DOES 1-100, | Time:    11:00 a.m. |
| 15 | Ctrm.:    15 |
|    | Judge:   Hon. Barry Ted Moskowitz |
| 16       Defendants. | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| 17  KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation, | |
| 18 | |
| 19       Counterclaimants, | |
| 20  v. | |
| 21  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| 22 | |
| 23       Counterdefendant. | |

24  **TO ALL PARTIES AND THEIR COUNSEL TO RECORD:**

25       **PLEASE TAKE NOTICE THAT** on May 2, 2008, at 11:00 a..m., or as soon thereafter

26  as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA

27  92101-8900 before the honorable Barry Ted Moskowitz, defendants and counter-claimants

1  Kyocera International, Inc. and Kyocera Wireless Corporation (collectively, "Kyocera") will and
2  hereby do respectfully move for a stay of the above-captioned proceeding pending the ongoing
3  United States Patent and Trademark Office ("PTO") two reexaminations of the patent-in-suit,
4  U.S. Patent No. 4,935,184 (the "'184 Patent").

5  Kyocera's Motion is brought pursuant to the inherent power of the courts to stay patent
6  litigation pending the conclusion of PTO reexamination proceedings. *Ethicon, Inc. v. Quigg*, 849
7  F.2d 1422, 1426-27 (Fed. Cir. 1988).

8  Kyocera's Motion will be based upon this Notice, the attached memorandum of points
9  and authorities in support of the Motion, its supporting Notice of Lodgment and declaration of
10 Victor M. Felix, any reply brief and supporting papers, the argument of counsel at the time of the
11 hearing, the complete files and records of this action, and such other matters as the Court may
12 consider.

13 DATED: March 24, 2008                    PROCOPIO CORY HARGREAVES
14                                           & SAVITCH LLP

16                                          By:  s/Victor M. Felix
                                                 Victor M. Felix
17                                               Counsel for Defendants and
                                                 Counterclaimants
18                                               E-mail: vmf@procopio.com