1  Anthony J. Dain (Bar No. 98947)
   Victor M. Felix (Bar No. 179622)
2  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendants and Counterclaimants,
   Kyocera International, Inc. and Kyocera Wireless Corp.
6

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation; and DOES 1-100,<br><br>Defendants.<br><br>KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Counterdefendant. | Case No.: 08 CV 0411 BTM (CAB)<br><br>**DECLARATION OF VICTOR M. FELIX IN SUPPORT OF KYOCERA'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date:     May 2, 2008<br>Time:    11:00 a.m.<br>Ctrm.:   15<br>Judge:   Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

25        I, Victor M. Felix, declare:

26        1.      I am a partner with the law firm of Procopio, Cory, Hargreaves & Savitch LLP

27 and one of the attorneys of record for Defendants and Counterclaimants Kyocera International,

---

DECLARATION OF VICTOR M. FELIX IN SUPPORT OF KYOCERA'S MOTION TO STAY PENDING OUTCOME OF
REEXAMINATION PROCEEDINGS
Case No. 80-0411 BTM (CAB)

109934/000230/899511.01

1  Inc. and Kyocera Wireless Corp. (collectively, "Kyocera"). I have personal knowledge of the
2  facts set forth herein and, if called upon as a witness could and would testify competently thereto.

3      2.    I obtained documents from the files of the United States Patent and Trademark
4  Office ("PTO") through the PTO's Public Patent Application Information ("PAIR") website
5  portal, available at www.uspto.gov.

6      3.    Attached as Exhibit 1 to Kyocera's Notice of Lodgment in Support of Its Motion
7  to Stay Pending Outcome of Reexamination Proceedings (the "Notice of Lodgment") is a true
8  and correct copy of a September 10, 2007 Opinion Memorandum/Order staying the litigation in
9  the case entitled *Sorensen v. Black & Decker, et al.*, USDC for the Southern District of California
10 Case No. 06CV1572 BTM (CAB) [Doc. #243].

11     4.    Attached as Exhibit 2 to Kyocera's Notice of Lodgment is a true and correct copy
12 of the PTO's grant of Black & Decker's Request for Reexamination dated October 11, 2007
13 (Application/Control Number 90/008,775).

14     5.    Attached as Exhibit 3 to Kyocera's Notice of Lodgment is a true and correct copy
15 of the PTO's grant of Phillips Plastic's Request for Reexamination dated February 21, 2008
16 (Application/Control Number 90/008,976).

17     6.    Attached as Exhibit 4 to Kyocera's Notice of Lodgment is a true and correct copy
18 of a January 16, 2008 Opinion Memorandum/Order staying the litigation in the case entitled
19 *Sorensen v. Digital Networks North America, Inc.,* USDC for the Northern District of California
20 Case No. C 07-05568 JSW, [Doc. # 39].

21     7.    Attached as Exhibit 5 to Kyocera's Notice of Lodgment is a true and correct copy
22 of a PTO publication entitled Ex Parte Reexamination Filing Data, dated June 30, 2006.

23     8.    Attached as Exhibit 6 to Kyocera's Notice of Lodgment is a true and correct copy
24 of H.R. Rep. No. 96-1307, Part 1 (1980), reprinted in 1980 U.S.C.C.A.N. 6460-6463.

25     9.    On February 8, 2008, a hearing on a motion to stay proceedings pending the
26 outcome of reexamination proceedings was heard in this Court in the case entitled *Sorensen v.*
27 *Giant International (USA) Ltd.*, USDC for the Southern District of California Case No.
   07CV2121 BTM (CAB). No ruling has yet issued in that case.

1      10.    On March 14, 2008, a hearing on a motion to stay proceedings pending the outcome of reexamination proceedings was scheduled to be heard in this Court in the case entitled *Sorensen v. Esseplast USA (NC), Inc.*, USDC for the Southern District of California Case No. 07CV2277 BTM (CAB). No ruling has yet issued in that case.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of March, 2008, at San Diego, California.

                                      s/Victor M. Felix
                                      Victor M. Felix