| | |
|---|---|
| 1 | Anthony J. Dain (Bar No. 98947) |
|   | Victor M. Felix (Bar No. 179622) |
| 2 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
|   | 530 B Street, Suite 2100 |
| 3 | San Diego, California 92101 |
|   | Telephone: 619.238.1900 |
| 4 | Facsimile: 619.235.0398 |

Attorneys for Defendants and Counterclaimants,
Kyocera International, Inc. and Kyocera Wireless Corp.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No.: 08 CV 0411 BTM (CAB) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation; and DOES 1-100, | |
| Defendants. | |
| KYOCERA INTERNATIONAL, INC., a California corporation; KYOCERA WIRELESS CORP., a Delaware corporation, | |
| Counterclaimants, | |
| v. | |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| Counterdefendant. | |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On March 24, 2008, I served the within documents:

1. **NOTICE OF MOTION AND MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

2. **KYOCERA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

3. **DECLARATION OF VICTOR M. FELIX IN SUPPORT OF KYOCERA'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

4. **NOTICE OF LODGMENT IN SUPPORT OF KYOCERA'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**

[X] I filed the foregoing document(s) with the Clerk of the Court for the U.S. District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney(s) listed below have consented to receive service by electronic means and were served a "Notice of Electronic Filing" sent by the ECF system.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

by emailing true and correct copies of the documents to the parties listed below at the email addresses listed below.

[ ] by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

[ ] by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Melody A Kramer | James Michael Kaler |
| Kramer Law Office | Law Offices of James M Kaler |
| 9930 Mesa Rim Road | 9930 Mesa Rim Road |
| Suite 1600 | Suite 200 |
| San Diego, CA 92121 | San Diego, CA 92121 |
| Tel: (858)362-3150 | Tel: (858)362-3151 |
| Fax: (858)225-0874 | Fax: (858)824-9073 |
| Email: mak@kramerlawip.com | Email: michael@kalerlaw.com |

1  ☐  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3  ☒  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4

Executed on March 24, 2008, at San Diego, California.

                                            s/Victor M. Felix
                                            Victor M. Felix
                                            Attorney for Defendants and Counterclaimants
                                            E-mail: vmf@procopio.com