MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>         Plaintiff<br><br>    v.<br><br>KYOCERA INTERNATIONAL, INC., a California Corporation; KYOCERA WIRELESS CORP., a California Corporation; and DOES 1 – 100,<br><br>         Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 411 BTM CAB<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**<br><br>Date: May 23, 2008<br>Time: 11:00 a.m.<br>Hon. Barry T. Moskowitz |

1
2
3
4

     PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral argument on Plaintiff's Motion to Modify Patent Local Rules Schedule to Accelerate Identification of Claimed Invalidating Prior Art (Docket # 8).

5
6

     Oral arguments are requested because the relief sought is novel, but highly important to judicial efficiency of this case, and the related '184 patent cases.

7
8

DATED this March 28, 2008.

9
10

                               JENS ERIK SORENSEN, as Trustee of
                               SORENSEN RESEARCH AND DEVELOPMENT
                               TRUST, Plaintiff

11
12
13

/s./ Melody A. Kramer
_____
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, March 28, 2008, I served the following documents:

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Victor M. Felix<br>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP<br>530 B Street, Suite 2100<br>San Diego, California 92101<br>vmf@procopio.com | Kyocera International, Inc.<br>Kyocera Wireless Corp. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

Case No. 08cv411 BTM CAB

3.

1  I declare that the foregoing is true and correct, and that this declaration was executed on
2  Friday, March 28, 2008, in San Diego, California.

                                                  /s./ Melody A. Kramer
                                                  Melody A. Kramer

4.

Case No. 08cv411 BTM CAB