J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>KYOCERA INTERNATIONAL, INC., a California Corporation; KYOCERA WIRELESS CORP., a California Corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08 CV 411 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date: May 2, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

1  PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2  Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3  of the following documents in support of Plaintiff's Opposition to Defendant's
4  Motion to Stay:

5      1.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit
6  B; and

7      2.    *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.
8  Courtesy copies are attached hereto.

10 DATED this Tuesday, April 15, 2008.

11                 JENS ERIK SORENSEN, as Trustee of
12                 SORENSEN RESEARCH AND DEVELOPMENT
13                 TRUST, Plaintiff

14                 /s/ J. Michael Kaler
15                 J. Michael Kaler, Esq.
16                 Attorney for Plaintiff

17
18
19
20
21
22
23
24
25
26
27
28