1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5
6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com

10 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
11 DEVELOPMENT TRUST

14             UNITED STATES DISTRICT COURT
15         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> KYOCERA INTERNATIONAL, INC., a California Corporation; KYOCERA WIRELESS CORP., a California Corporation; and DOES 1 – 100, <br><br> Defendants. <br>_____ <br> and related counterclaims. | Case No. 08 CV 411 BTM CAB <br><br> **JOINT STIPULATION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE** |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust, and Defendants Kyocera International, Inc. and Kyocera Wireless Corp. by and through their respective counsel, hereby stipulate to an exception to stay for preservation of evidence by defendant on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on motions for exception to stay to preserve evidence as follows:

## DEFINITION

"Accused Products" for purposes of this Stipulation means the external plastic housing of the products accused of infringement in this case.

1. All prototype and production molds used in the production of the Accused Products within the custody and control of the Defendants will be preserved.

2. All design and technical documents for the Accused Products within the control and custody of the Defendants will be preserved.

3. Plaintiff will propound (and Defendants will answer) one (1) interrogatory on the Defendants that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the Accused Products.

4. Plaintiff agrees that the identity of companies made in response to the interrogatory set forth above will not be disclosed to anyone other than Plaintiff,

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

Plaintiff's counsel (and their support staff), and Plaintiff's outside experts and the Court (and its staff). Defendants understand that Plaintiff may directly contact any identified companies directly.

5. The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulation.

IT IS SO STIPULATED.

DATED this Tuesday, September 09, 2008.

KRAMER LAW OFFICE, INC. and KALER LAW OFFICES

/s/ Melody A. Kramer
_____
J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

PROCOPIO, CORY, HARGREAVES
 & SAVITCH, LLP

/s/ Victor M. Felix
_____

Attorney(s) for Defendants KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP.